IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CYNTHIA WETZEL, on behalf of herself
and all other New Mexico consumers similarly situated,

    Plaintiff,

v.                                                                                                      No. 1:20-cv-1213 DHU/KRS

DIESTEL TURKEY RANCH,

    Defendant.

## ORDER GRANTING IN PART MOTION TO EXTEND DEADLINE TO FILE A MOTION TO COMPEL

THIS MATTER is before the Court on Plaintiff's Unopposed Motion to Extend the Deadline to File a Motion to Compel, (Doc. 46), filed April 26, 2022. The parties state they are working to complete an agreed-upon protective order prior to Defendant producing documents in response to Plaintiff's first set of discovery, which were served on Defendant on April 7, 2022. They anticipate the protective order will be finalized this week and responsive documents will be produced "shortly thereafter," and they plan to meet and confer on any discovery dispute within 30 days of production of the documents. (Doc. 46) at 1-2. Accordingly, the parties ask the Court to extend Plaintiff's deadline to file a motion to compel from April 28, 2022, to 21 days after the meet-and-confer session has been held. *Id.* at 2. The Court will grant the Motion in part and will allow the parties to extend Plaintiff's deadline to file a motion to compel as requested, but will further require that all motions to compel be filed no later than October 17, 2022, which is the discovery motions deadline set forth in the Scheduling Order, (Doc. 45).

IT IS THEREFORE ORDERED that Plaintiff's Unopposed Motion to Extend the Deadline to File a Motion to Compel, (Doc. 46), is GRANTED in part and Plaintiff's deadline to file a motion to compel is extended to 21 days after the parties hold a meet-and-confer session,

which will take place within 30 days of when Defendant produces documents responsive to Plaintiff's first set of discovery.

    IT IS FURTHER ORDERED that all motions to compel must be filed no later than October 17, 2022, the dispositive motions deadline set forth in the Scheduling Order, (Doc. 45).

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE