IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **CYNTHIA WETZEL**, on behalf of herself and all other New Mexico consumers similarly situated**,**<br><br>Plaintiff,<br><br>v.<br><br>**DIESTEL TURKEY RANCH,**<br><br>Defendant. | Case No.: 20-cv-1213 DHU-KRS<br><br>CLASS ACTION COMPLAINT<br><br><u>JURY TRIAL DEMANDED</u> |

ORDER GRANTING
PLAINTIFF'S UNOPPOSED MOTION TO EXTEND THE DEADLINE
TO FILE A MOTION TO COMPEL THIRD PARTY DOCUMENT PRODUCTION

THIS MATTER is before the Court on Plaintiff's Unopposed Motion to Extend the Deadline to File a Motion to Compel Third Party Document Production (ECF 60), filed August 31, 2022.

The Court finds good cause for granting the Motion. Plaintiff has been in contact with all four third-party subpoena recipients via telephonic conferences or written correspondence. Plaintiff seeks to avoid any undue burden on third-party subpoena recipients. First, Plaintiff is seeking information directly from Defendant via a motion to compel that is currently pending. Second, some of the information sought may be more relevant once the consumer class is certified and extending the deadline to move to compel discovery may lessen any burden on third parties.

IT IS THEREFORE ORDERED that Plaintiff's Unopposed Motion to Extend the Deadline to File a Motion to Compel Third Party Document Production (ECF 60), is GRANTED and the 21-day deadline to move to compel is waived with regard to these four third-party subpoena recipients.

IT IS FURTHER ORDERED THAT the extension of this deadline does not alter any other deadlines set forth in the Scheduling Order (ECF 45).

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE