**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

CYNTHIA WETZEL, on behalf of herself and
all other New Mexico consumers similarly situated,

     Plaintiff,

v.                                           No. 1:20-cv-1213 DHU/KRS

DIESTEL TURKEY RANCH

     Defendant.

**ORDER GRANTING MOTION TO EXTEND CLASS CERTIFICATION DEADLINES**

     **THIS MATTER** is before the Court on the parties' Joint Motion to Extend Deadlines for Class Certification Discovery and Deadlines (the "Motion") (ECF No. 85). The Court has considered the Motion and the record of the case. Because the parties have agreed to continue the relevant case deadlines listed below in light Defense counsel's medical diagnosis, the parties' unresolved discovery dispute regarding ESI discovery, and the need for further deposition discovery, the Court grants the parties' Motion.

     **IT IS THEREFORE ORDERED** that the class certification and discovery deadlines are extended as follows:

1. Termination of Class Discovery:         April 20, 2023
2. Class Certification Discovery Motions:     May 11, 2023
3. Motion for Class Certification:          June 1, 2023
4. Response to Motion for Class Certification:  June 29, 2023
5. Reply to Motion for Class Certification:    July 13, 2023

     IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE