IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**CYNTHIA WETZEL, on behalf of
herself and all other New Mexico
consumers similarly situated,**

      Plaintiffs,

v.                                                                                          No. 1:20-cv-1213 DHU/DLM

**DIESTEL TURKEY RANCH,**

      **Defendant.**

## ORDER SETTING MOTION HEARING

**THIS MATTER** comes before the Court sua sponte. Because this matter has been reassigned to the undersigned for all pretrial matters, the Court finds the following settings should be imposed:

**IT IS ORDERED** that the Court will conduct a telephonic Status Conference on **Monday, April 24, 2023, at 2:00p.m. MDT** to discuss Plaintiff's pending Motion to Compel (Doc. 77) and Defendant's Motion for Protective Order (Doc. 78).

**IT IS FURTHER ORDERED** that Defendant shall, no later than **Thursday, April 20, 2023**, review the undersigned's Guidelines for Proposed Protective Orders available at https://www.nmd.uscourts.gov/content/honorable-damian-l-martinez and file a supplement to its Motion for Protective Order in compliance with the Guidelines.

      **IT IS SO ORDERED.**

_____
DAMIAN L. MARTINEZ
UNITED STATES MAGISTRATE JUDGE