IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**CYNTHIA WETZEL, on behalf of
herself and all other New Mexico
consumers similarly situated,**

      **Plaintiffs,**

v.                                       No. 1:20-cv-1213 DHU/DLM

**DIESTEL TURKEY RANCH,**

      **Defendant.**

## ORDER

**THIS MATTER** came before the Court for a status conference on April 24, 2023. (*See* Doc. 90.) Given the procedural posture of this case, the Court finds that the deadlines for discovery and for briefing on the motion for class certification (*see* Doc. 86) should be **VACATED**. The Court will reset the deadlines in a later order.

**IT IS SO ORDERED.**

_____
DAMIAN L. MARTINEZ
UNITED STATES MAGISTRATE JUDGE