UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| CYNTHIA WETZEL, *on behalf of herself and all other New Mexico consumers similarly situated*,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>DIESTEL TURKEY RANCH,<br><br>　　　　　　Defendant. | No. 1:20-cv-01213-DHU-DLM<br><br>**NOTICE OF APPEARANCE OF GEORGE V. GRANADE ON BEHALF OF PLAINTIFF CYNTHIA WETZEL AND THE PROPOSED CLASS** |

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

　　I, George V. Granade, certify that I am admitted to practice in this Court. Please enter my appearance as counsel in the above-captioned case for Plaintiff Cynthia Wetzel and the proposed class.

Respectfully submitted,

Date: June 6, 2023　　　　　　　　　　　　　　**REESE LLP**

　　　　　　　　　　　　　　　　　　　　　　　By:  /s/ George V. Granade
　　　　　　　　　　　　　　　　　　　　　　　　　George V. Granade
　　　　　　　　　　　　　　　　　　　　　　　　　ggranade@reesellp.com
　　　　　　　　　　　　　　　　　　　　　　　　　8484 Wilshire Boulevard, Suite 515
　　　　　　　　　　　　　　　　　　　　　　　　　Los Angeles, California 90211
　　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (310) 393-0070
　　　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 253-4272

　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff and the Proposed Class*