UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| CYNTHIA WETZEL, on behalf of herself and all other New Mexico consumers similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DIESTEL TURKEY RANCH,<br><br>Defendant. | Case No.: 1:20-cv-01213-DHU-DLM |

## UNOPPOSED MOTION TO WITHDRAW

Consistent with L.R. 83.8(a), Nate Scearcy and Tim Sifers move to withdraw as counsel on behalf of Plaintiff Cynthia Wetzel and the proposed class in the above-captioned action. The law firms of Reese LLP and Elsner Law & Policy, LLC, will continue to appear on behalf of Plaintiff and constitute substitute counsel.

Plaintiff Cynthia Wetzel consents to the withdrawal of Messrs. Scearcy and Sifers from this matter as evidenced by her signature below.

Counsel for Plaintiff Wetzel have met and conferred with counsel for Defendant Diestel Turkey Ranch, and Diestel Turkey Ranch does not oppose this motion.

1

Respectfully submitted,

**SIFERS JENSEN PALMER**

Date: 6/19/2023 , 2023

By: *Nate Scearcy*
Nate Scearcy (Jun 19, 2023 11:26 CDT)

Nate Scearcy (*pro hac vice*)
nate@sjplawfirm.com
1901 West 47th Place, Suite 200
Westwood, Kansas 66205
Telephone: (816) 819-3880

**SIFERS JENSEN PALMER**

Date: 6/19/23 , 2023

By: _____
Timothy Sifers (Jun 19, 2023 11:39 CDT)

Tim Sifers (*pro hac vice*)
tim@sjplawfirm.com
1901 West 47th Place, Suite 200
Westwood, Kansas 66205
Telephone: (816) 819-3880

**REESE LLP**

Date: 6/19/2023 , 2023

By: /s/ *George V. Granade*
/s/ George V. Granade (Jun 19, 2023 09:41 PDT)

George V. Granade
ggranade@reesellp.com
8484 Wilshire Boulevard, Suite 515
Los Angeles, California 90211
Telephone: (310) 393-0070

**REESE LLP**
Michael R. Reese
mreese@reesellp.com
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500

**ELSNER LAW & POLICY, LLC**

Date: 6/19/2023 , 2023

By: *Gretchen Elsner*
_____
Gretchen Elsner
Gretchen@ElsnerLaw.org
314 South Guadalupe Street, Suite 123
Santa Fe, New Mexico 87501
Telephone: (505) 303-0980

2

*Counsel for Plaintiff Cynthia Wetzel and the Proposed Class*

Date: Jun 19, 2023 , 2023

By: _____
Cynthia Wetzel

*Plaintiff*