IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**CYNTHIA WETZEL, on behalf of herself and all other New Mexico consumers similarly situated,**

      **Plaintiffs,**

v.   No. 1:20-cv-1213 DHU/DLM

**DIESTEL TURKEY RANCH,**

      **Defendant.**

## ORDER GRANTED UNOPPOSED MOTION TO WITHDRAW

**THIS MATTER** is before the Court on Plaintiff's Unopposed Motion to Withdraw. (Doc. 97.) Attorneys Nate Scearcy and Tim Sifers seek leave to withdraw as attorneys for Plaintiff and the proposed class. (*See id.* at 1.) The law firms of Reese LLP and Elsner Law & Policy LLC will continue to represent Plaintiff. (*Id.*) Noting that the motion is unopposed (*see id.*), the Court finds good cause to grant the motion.

**IT IS THEREFORE ORDERED** that Nate Scearcy and Tim Sifers are withdrawn from the case. The Clerk of the Court is directed to withdraw Messrs. Scearcy and Sifers from the case.

_____
DAMIAN L. MARTINEZ
UNITED STATES MAGISTRATE JUDGE