IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CYNTHIA WETZEL, on behalf of
herself and all other New Mexico
consumers similarly situated,

    Plaintiffs,

v.                                    No. 1:20-cv-1213 DHU/DLM

DIESTEL TURKEY RANCH,

    Defendant.

## ORDER

**THIS MATTER** comes before the Court sua sponte. **IT IS ORDERED** that the Court will conduct a telephonic Status Conference on **Tuesday, October 31, 2023, at 1:30p.m. MDT** to discuss scheduling deadlines.

**IT IS SO ORDERED.**

_____
DAMIAN L. MARTINEZ
UNITED STATES MAGISTRATE JUDGE