IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**CYNTHIA WETZEL, on behalf of
herself and all other New Mexico
consumers similarly situated,**

      **Plaintiffs,**

v.                                No. 1:20-cv-1213 DHU/DLM

**DIESTEL TURKEY RANCH,**

      **Defendant.**

## ORDER

This matter is before the Court following a status conference on October 31, 2023. (*See* Doc. 101.) Upon request of the parties, the Court finds the following order should be entered:

**IT IS ORDERED** that Plaintiff shall file her amended complaint, pursuant to the Memorandum Opinion and Order entered October 2, 2023 (Doc. 99), no later than **December 13, 2023**. Defendant shall file a response (either an answer or an appropriate motion) within **30 days** of the amended complaint.

**IT IS SO ORDERED.**

_____
DAMIAN L. MARTINEZ
UNITED STATES MAGISTRATE JUDGE